**Electronically Filed
Supreme Court
SCWC-15-0000396
17-OCT-2018
08:21 AM**

SCWC-15-0000396

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PATRICIA E.G. ADAMS, IN HER CAPACITY AS
PERSONAL REPRESENTATIVE OF THE ESTATE OF BRENT ADAMS,
AND IN HER PERSONAL CAPACITY,
Petitioner/Plaintiff-Appellant,

vs.

HAWAII MEDICAL SERVICE ASSOCIATION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000396; CIV. NO. 07-1-1388)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Somerville, in place of Recktenwald, C.J., recused)

Petitioner/Plaintiff-Appellant's application for writ of certiorari filed on September 4, 2018, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, October 17, 2018.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Rowena A. Somerville

